```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Yudiel Herrera Milanes

    v.
                                      Case No.   18-cv-00313-PB

Strafford County Department of Corrections
Superintendent Christopher Brackett, et al.

## JUDGMENT

In accordance with the Endorsed Order by Judge Paul Barbadoro dated May 29, 2018, granting petitioner's motion for voluntary dismissal without prejudice, judgment is hereby entered.

                                              By the Court:

                                                /s/ Pamela E. Phelan
                                              Pamela E. Phelan
                                              Chief Deputy Clerk

Date: May 30, 2018

cc:   SangYeob Kim, Esq.
      Thomas P. Velardi, Esq.
      Terry L. Ollila, Esq.